| | | | |
|---|---|---|---|
| | AUSA: Nancy Abraham | Telephone: | (810) 766-5034 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Dustin Hurt | Telephone: | (810) 219-6277 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
COREY JOMECHEE GRAY

Case: 4:21−mj−30236
Assigned To: Unassigned
Date: 5/20/2021
CMP USA V GRAY (kcm)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 18, 2001__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | possession of machine gun |
| 26 U.S.C. § 5861(d) | possession of Unregistered firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

DUSTIN HURT, Special Agent, ATF&E
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 20, 2021

_____
*Judge's signature*

City and state: Flint, Michigan    CURTIS IVY, JR., U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
*United States v. Corey Jomechee Gray*

1.  I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since October of 2018. I am currently assigned to the Detroit Field Division, Flint Field Office. Before working for the ATF, I was employed by the Michigan Department of State Police (MSP) for approximately seven years. Before working for MSP, I was a local police officer for the Grand Ledge Police Department for approximately three years. I held numerous positions with the MSP, including Detective Sergeant in the Polygraph Unit and Task Force Officer with the FBI. During my employment with ATF and MSP, I have conducted or participated in numerous criminal investigations focused on firearms, armed drug trafficking, and criminal street gangs, and other violations of federal law.

2.  I make this affidavit from personal knowledge based on my participation in this investigation, my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

1

3. On May 18, 2021, at approximately 6pm, a fully marked Michigan State Police Patrol vehicle with two uniformed Michigan State Troopers conducted a traffic stop on a 2010 silver Ford Escape bearing MI registration DFS607 (suspect vehicle). The traffic stop occurred on Lorado Avenue near College Street in a driveway in the city of Flint, Michigan. Troopers observed the suspect vehicle traveling northbound on Dupont Street at a high rate of speed. Same direction moving radar captured the suspect vehicle was travelling 30 mph in a 25 mph zone (state civil infraction). As the troopers approached the suspect vehicle, a Law Enforcement Information Network (LEIN) query of the Michigan Registration was completed yielding EIV:N, indicating the suspect vehicle did not have insurance (state misdemeanor for operating without securities). The suspect vehicle then was observed pulling into an address located at 606 W. Lorado Avenue while failing to signal the turn (state civil infraction). A traffic stop was then conducted in the driveway of 606 W. Lorado Avenue.

4. At this time, the front passenger, later identified as Corey Jomechee Gray, was observed exit the vehicle and make an attempt to walk away while grabbing at his waistband. Troopers gave verbal commands and ultimately detained Gray pending further investigation.

5. Contact was then made with the driver, identified as Jaqualan Cartheen Bond who advised he did not have a valid driver's license (state misdemeanor). Bond was detained pending further investigation.

6. Contact was then made with a rear passenger in the vehicle identified as, Trencye Marshay Beard. Beard willingly opened her purse for Trooper Fountain and advised she was in possession of a taser (state felony – Carrying a Concealed Weapon). Beard was asked to get out of the vehicle and was placed in handcuffs at this time.

7. Trooper Sowers conducted a search of Gray which yielded no contraband on his person. Trooper Fountain conducted a search of Bond which yielded no contraband on his person. Beard was searched after advising she was in possession of a taser which yielded no contraband on her person.

8. Trooper Sowers approached the suspect vehicle when he observed what is commonly referred to as a Draco 7.62 caliber pistol in plain view on the front passenger side floorboard (where Gray was observed seated). The firearm is more particularly described as a RMC (Romarm Corp) 7.62 caliber semi-automatic pistol bearing S/N: DC594510. The RMC 7.62 caliber pistol was loaded with a 30-round magazine fully seated inside the magazine with an additional round chambered in the firearm (31 total 7.62 caliber rounds).

3

9. A second firearm was located underneath the front passenger seat (where Gray was observed seated) identified as a Glock, Model 17, 9 millimeter pistol, bearing S/N: BSHC937 which contained a 33 round magazine fully seated inside the magazine as well as an additional round in the chamber (34 total rounds) of 9mm ammunition. The Glock, Model 17 was found to have an auto sear, often referred to as a Glock Switch, attached to the rear of the slide of the pistol which effectively makes the Glock 17 a machine gun (fully automatic) by definition.

10. A machinegun is defined by federal statute to include "any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include … any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun."  26 U.S.C. § 5845(b); 18 U.S.C. § 921(a)(23).

11. A LEIN query was conducted on the RMC 7.62 caliber pistol yielding it was not registered. A LEIN query was conducted on the Glock, Model 17, 9 millimeter pistol yielding the registered owner to be Jaimie Lynn Smith to an address of XXX Shaw Street, Burton, MI 48529. The firearm was purchased from Williams Gun Sight in Davison, MI on March 7, 2021. Glock does not manufactor or sell the auto sear (Glock switch).

12. Gray was read his Miranda Rights of which he agreed he understood and waived agreeing to speak with the troopers. Gray advised he did not know the RMC 7.62 caliber pistol was in the vehicle despite it being located where his feet would have been placed in the passenger seat. Gray denied knowledge of guns being inside the vehicle before invoking his right to have an attorney present. Bond and Beard both were read their Miranda Rights, and both invoked their rights to have an attorney.

13. On May 19, 2021, I contacted Industry Operations Investigator (IOI) John Gurka reference Gray's status in the National Firearms Registration and Transfer Record (NFRTR). Gray had nil results in the NFRTR.

14. I have spoken with ATF Special Agent Jonathan Wickwire, who is recognized by ATF as having expertise in the interstate travel and manufacture of firearms. SA Wickwire advised that the Glock, Model 17, 9 millimeter pistol, bearing S/N: BSHC937 was manufactured outside of the state of Michigan and is a firearm as defined in Chapter 44, Title 18, United States Code.

15. Based on the foregoing, I have probable cause to believe that on May 18, 2021 in the Eastern District of Michigan, Corey Jomechee Gray, knowingly possessed, in and affecting commerce, a machinegun in violation of 18 U.S.C. § 922(o) and 26 U.S.C. § 5861(d) – Receiving or possessing a machine gun which

is not registered to him in the National Firearms Registration and Transfer Record.

_____
DUSTIN HURT, Affiant
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives


Sworn to before me and signed in my presence and/or by reliable electronic means on _____May 20, 2021_____.

_____
HON. CURTIS IVY, JR.
United States Magistrate Judge